

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2019

No. 04-19-00555-CV

**IN THE GUARDIANSHIP OF CHARLES INNESS THRASH, AN INCAPACITATED PERSON**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017-PC-2912
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before January 17, 2020. No Further Extensions, absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2019.



_____
Michael A. Cruz,
Clerk of Court